# Court of Appeals
# of the State of Georgia

ATLANTA,  August 12, 2020

*The Court of Appeals hereby passes the following order:*

**A21E0005.  SYLVESTER BOAKYE v. FAUSTINA BOAKYE.**

Upon consideration of Plaintiff-Applicant's emergency motion for an extension of time to file an application for discretionary appeal, the motion is hereby GRANTED. See Court of Appeals Rules 31 (i) and 40 (b).  Plaintiff-Applicant's application for discretionary appeal in the above-styled case shall be due on or before August 26, 2020.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/12/2020*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

Stephen E. Castlen  *, Clerk.*